IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIET COTTON,

    Plaintiff,

vs.                                                                4:03-CV-353-SPM

WARDEN JOSE VASQUEZ, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 38) dated March 8, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  Plaintiff was awarded additional time in which to file both her objections to the report and her response to Defendants' motion to dismiss.  Plaintiff has filed nothing to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 38) is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (doc. 35) is hereby *granted*.

3. Plaintiff's motion for preliminary injunction (doc. 19) is hereby *denied*.

4. This case is *dismissed.*

**DONE AND ORDERED** this <u>twenty-sixth</u> day of April, 2005.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao

4:03-CV-360-SPM/AK